1  Lowell W. Finson (SNB 275586)
   PHILLIPS LAW FIRM
2  2101 Rosecrans Avenue, Suite 3290
   El Segundo, CA 90245
3  Tel: (877)480-9142 / Fax: (213)330-0346
4  lowell@justiceforyou.com

5  *Attorney for Plaintiffs*

6                                    JS-6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

```
FILED
CLERK, U.S. DISTRICT COURT
MAY 22, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY:    PMC    DEPUTY
```

| | |
|---|---|
| Jeffrey Culp and Brandy Culp, husband and wife;<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC., and DOES 1 -10, inclusive<br><br>Defendants. | No.: 2:13-cv-08262-SVW-E<br>ORDER ON<br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>IT IS SO ORDERED<br><br>/s/ Stephen V. Wilson<br><br>Dated: 5/22/2014<br>STEPHEN V. WILSON<br>U.S. DISTRICT JUDGE |

   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that plaintiff Jeffrey Culp and Brandy Culp's claims in the above-captioned matter be dismissed with prejudice, each party to bear its own costs.

DATED: May 19, 2014          **PHILLIPS LAW FIRM**

                             By:   /s/ Lowell W. Finson
                                   Lowell W. Finson

                             Attorneys for Plaintiffs

– 1 –

| | | |
|---|---|---|
| 1 | DATED: May 19, 2014 | **REED SMITH LLP** |
| 2 | | |
| 3 | | By: <u>  /s/ Michael K. Brown (with consent)  </u> |
| 4 | | Michael K. Brown<br>Attorneys for Defendants<br>Medtronic, Inc. and Medtronic Sofamor |
| 5 | | Danek USA, Inc. |

(Lines 6–28 blank)